Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: JACOBS, MARC BRIAN | § | Case No. 17-19561 |
|     JACOBS, JENNIFER YURIKO | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under Chapter 7 of the United States Bankruptcy Code was filed on June 28, 2017.  The undersigned trustee was appointed on June 28, 2017.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554.  An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4.  The trustee realized the gross receipts of    $    1,700.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 70.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 1,630.00 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 07/11/2018 and the deadline for filing governmental claims was 12/25/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $425.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $425.00, for a total compensation of $425.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $45.00, for total expenses of $45.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/13/2018          By: /s/Ira Bodenstein
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 17-19561  
**Case Name:** JACOBS, MARC BRIAN  
JACOBS, JENNIFER YURIKO  
**Period Ending:** 07/13/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/28/17 (f)  
**§341(a) Meeting Date:** 07/28/17  
**Claims Bar Date:** 07/11/18

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Checking: USAA Federal Savings Bank<br>Orig. Description: Checking: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: Checking: USAA Federal Savings Bank - Amount: 340.00 | 340.00 | 0.00 | | 0.00 | FA |
| 2 Checking: JP Morgan Chase<br>Orig. Description: Checking: JP Morgan Chase; Imported from original petition Doc# 1; Exemption: Checking: JP Morgan Chase - Amount: 201.54 | 201.54 | 0.00 | | 0.00 | FA |
| 3 Checking: USAA<br>Orig. Description: Checking: USAA; Imported from original petition Doc# 1; Exemption: Checking: USAA - Amount: 192.46 | 200.00 | 0.00 | | 0.00 | FA |
| 4 Online: Paypal<br>Orig. Description: Online: Paypal; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 Rent: Security Deposit - Residential Landlord -<br>Orig. Description: Rent: Security Deposit - Residential Landlord - John Oddo; Imported from original petition Doc# 1 | 1,850.00 | 0.00 | | 0.00 | FA |
| 6 Used Household Goods and Furnishings<br>Orig. Description: Used Household Goods and Furnishings; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 miscellaneous electronics, including desktop com<br>Orig. Description: miscellaneous electronics, including desktop computer, television, and 3 cell phones; Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 8 6 gold coins<br>Orig. Description: 6 gold coins; Imported from original petition Doc# 1; Exemption: 6 gold coins - Amount: 7266.00 | 7,266.00 | 0.00 | | 0.00 | FA |
| 9 clothing and shoes<br>Orig. Description: clothing and shoes; Imported from original petition Doc# 1; Exemption: clothing and shoes - Amount: 450.00 | 450.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | | |
|---|---|---|
| **Case Number:** 17-19561 | **Trustee:** | (330129) Ira Bodenstein |
| **Case Name:** JACOBS, MARC BRIAN | **Filed (f) or Converted (c):** | 06/28/17 (f) |
| JACOBS, JENNIFER YURIKO | **§341(a) Meeting Date:** | 07/28/17 |
| **Period Ending:** 07/13/18 | **Claims Bar Date:** | 07/11/18 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 10  wedding ring<br>    Orig. Description: wedding ring; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11  miscellaneous costume jewelry<br>    Orig. Description: miscellaneous costume jewelry; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 12  LearningQuest 529 College Savings Plan<br>    Orig. Description: LearningQuest 529 College Savings Plan; Imported from original petition Doc# 1; Exemption: LearningQuest 529 College Savings Plan - Amount: 54928.00 | 54,928.00 | 0.00 | | 0.00 | FA |
| 13  USAA 529 College Savings Plan<br>    Orig. Description: USAA 529 College Savings Plan; Imported from original petition Doc# 1; Exemption: USAA 529 College Savings Plan - Amount: 16532.00 | 16,532.00 | 0.00 | | 0.00 | FA |
| 14  IRA: USAA Federal Savings Bank<br>    Orig. Description: IRA: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: IRA: USAA Federal Savings Bank - Amount: 183526.00 | 183,526.00 | 0.00 | | 0.00 | FA |
| 15  IRA: USAA Federal Savings Bank<br>    Orig. Description: IRA: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: IRA: USAA Federal Savings Bank - Amount: 75023.00 | 75,023.00 | 0.00 | | 0.00 | FA |
| 16  Pension: CPS Pension<br>    Orig. Description: Pension: CPS Pension; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 17  2012 Honda CR-V, 195,000 miles, Fair condition,<br>    Orig. Description: 2012 Honda CR-V, 195,000 miles, Fair condition, needs new brakes. Entire property value: $5,800.00; Imported from original petition Doc# 1; Exemption: 2012 Honda CR-V 195,000 miles Fair condition, needs new brakes - Amount: 2400.00 | 5,800.00 | 0.00 | | 1,700.00 | FA |
| 18  Inventory for EBAY sales business (used clothing | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 3

**Case Number:** 17-19561
**Case Name:** JACOBS, MARC BRIAN
JACOBS, JENNIFER YURIKO
**Period Ending:** 07/13/18

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 06/28/17 (f)
**§341(a) Meeting Date:** 07/28/17
**Claims Bar Date:** 07/11/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: Inventory for EBAY sales business (used clothing, used toys, buttons; Imported from original petition Doc# 1 | | | | | |
| 18   Assets   Totals (Excluding unknown values) | $349,216.54 | $0.00 | | $1,700.00 | $0.00 |

**Major Activities Affecting Case Closing:**

03/31/2018- Waiting for claims bar date to pass to prepare TFR.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2018       **Current Projected Date Of Final Report (TFR):**   September 30, 2018

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 17-19561 | | **Trustee:** | Ira Bodenstein (330129) |
| --- | --- | --- | --- | --- |
| **Case Name:** | JACOBS, MARC BRIAN | | **Bank Name:** | Rabobank, N.A. |
| | JACOBS, JENNIFER YURIKO | | **Account:** | ******1366 - Checking Account |
| **Taxpayer ID #:** | **-***7802 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 07/13/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/06/17 | {17} | Marc Jacobs | Sale of equity in Vehicle Order dted 11/28/2017 Dkt # 20 | 1129-000 | 1,700.00 | | 1,700.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,690.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,680.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,670.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,660.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,650.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,640.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,630.00 |
| | | | **ACCOUNT TOTALS** | | **1,700.00** | **70.00** | **$1,630.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **1,700.00** | **70.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,700.00** | **$70.00** | |

| Net Receipts : | 1,700.00 |
| --- | --- |
| Net Estate : | $1,700.00 |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******1366** | 1,700.00 | 70.00 | 1,630.00 |
| | **$1,700.00** | **$70.00** | **$1,630.00** |

{} Asset reference(s)                                                                 Printed: 07/13/2018 02:04 PM    V.14.14

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2018

**Case Number:** 17-19561
**Debtor Name:** JACOBS, MARC BRIAN

Page: 1

**Date:** July 13, 2018
**Time:** 02:04:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $45.00 | $0.00 | 45.00 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $425.00 | $0.00 | 425.00 |
| 1<br>610 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | 3921 | $2,430.53 | $0.00 | 2,430.53 |
| 2<br>610 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 4313 | $9,290.54 | $0.00 | 9,290.54 |
| 3<br>610 | U.S. Bank National Association<br>Bankruptcy Department<br>PO Box 108<br>St. Louis, MO 63166-0108 | Unsecured | 5849 | $4,964.98 | $0.00 | 4,964.98 |
| NOTFILED<br>610 | American Express<br>9111 DukeBlvd<br>Mason, OH 45040 | Unsecured | 8036 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Bank of America<br>Po Box 982238<br>El Paso, TX 79998 | Unsecured | 4207 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899 | Unsecured | 3275 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Barclays Bank Delaware<br>Po Box 8803<br>Wilmington, DE 19899 | Unsecured | 8790 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 0982 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 1753 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 8712 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850 | Unsecured | 4325 | $0.00 | $0.00 | 0.00 |
| NOTFILED<br>610 | Citi<br>Pob 6241<br>Sioux Falls, SD 57117 | Unsecured | 4447 | $0.00 | $0.00 | 0.00 |

# E X H I B I T   C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 11, 2018

**Case Number:** 17-19561  
**Debtor Name:** JACOBS, MARC BRIAN

Page: 2

**Date:** July 13, 2018  
**Time:** 02:04:22 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Lawrence M. Craven<br>2530 Crawford Suite 308<br>Evanston, IL 60201 | Unsecured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Mbb<br>1460 Renaissance Drive<br>Park Ridge, IL 60068 | Unsecured | 9710 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nordstrom Fsb<br>13531 ECaleyAve<br>Englewood, CO 80111 | Unsecured | 9113 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Usaa Savings Bank<br>Po Box 47504<br>San Antonio, TX 78265 | Unsecured | 4745 | $0.00 | $0.00 | 0.00 |
| **<< Totals >>** | | | | 17,156.05 | 0.00 | 17,156.05 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                      Exhibit D

Case No.: 17-19561
Case Name: JACOBS, MARC BRIAN
Trustee Name: Ira Bodenstein

**Balance on hand:**                       $        1,630.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                       $    1,630.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 425.00 | 0.00 | 425.00 |
| Trustee, Expenses - Ira Bodenstein | 45.00 | 0.00 | 45.00 |

Total to be paid for chapter 7 administration expenses:   $      470.00
Remaining balance:                                        $    1,160.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $      0.00
Remaining balance:                                            $  1,160.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $        0.00
Remaining balance:                      $    1,160.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 16,686.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 2,430.53 | 0.00 | 168.97 |
| 2 | American Express National Bank | 9,290.54 | 0.00 | 645.87 |
| 3 | U.S. Bank National Association | 4,964.98 | 0.00 | 345.16 |

Total to be paid for timely general unsecured claims: $ 1,160.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**