UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Marc Brian Jacobs, | ) | Case No. 17 B 19561 |
| Jennifer Yuriko Jacobs, | ) | |
| Debtors. | ) | Honorable Judge Janet S. Bauer |
| | ) | |

### NOTICE OF WITHDRAWAL

To:   See Attached Service List

PLEASE TAKE NOTICE that the **CHAPTER 7 TRUSTEE'S FINAL ACCOUNT** previously filed on October 31, 2018 **(Document #30)** is withdrawn.   It is withdrawn because the TDR is not Data Enabled.

/s/ Patrick S. Layng
Patrick S. Layng, U.S. Trustee
Office of the U.S. Trustee
219 South Dearborn, Room 873
Chicago, Illinois   60604
(312) 886-7481

### CERTIFICATE OF SERVICE

I, Patrick S. Layng, the U.S. Trustee, state that pursuant to Local Rule 9013-3(D) the above **Notice of Withdrawal** was filed on November 16, 2018, and served on all parties identified as Registrants on the service list below through the Court's Electronic Notice for Registrants and, as to all other parties on the service list below, I caused a copy to be sent via First Class Mail to the address(es) indicated on November 16, 2018.

/s/Patrick S. Layng

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice for Registrants:**

Ira Bodenstein
iratrustee@shawfishman.com

Douglas Rivera
DRivera@orb-legal.com

**Parties Served via First Class Mail:**

**Marc Brian Jacobs**
**Jennifer Yuriko Jacobs**
1250 North Dearborn, Apt. 12A
Chicago, IL   60610