# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: JACOBS, MARC BRIAN § Case No. 17-19561
     JACOBS, JENNIFER YURIKO §
      §
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $343,416.54   Assets Exempt: $340,859.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,160.00   Claims Discharged Without Payment: $103,184.05

Total Expenses of Administration: $540.00

   3) Total gross receipts of $ 1,700.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $1,700.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 540.00 | 540.00 | 540.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 103,815.00 | 16,686.05 | 16,686.05 | 1,160.00 |
| **TOTAL DISBURSEMENTS** | $103,815.00 | $17,226.05 | $17,226.05 | $1,700.00 |

4) This case was originally filed under Chapter 7 on June 28, 2017. The case was pending for 16 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2018          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2012 Honda CR-V, 195,000 miles, Fair condition, | 1129-000 | 1,700.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,700.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - Ira Bodenstein | 2100-000 | N/A | 425.00 | 425.00 | 425.00 |
| Trustee Expenses - Ira Bodenstein | 2200-000 | N/A | 45.00 | 45.00 | 45.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $540.00 | $540.00 | $540.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,430.00 | 2,430.53 | 2,430.53 | 168.97 |
| 2 | American Express National Bank | 7100-000 | 9,290.00 | 9,290.54 | 9,290.54 | 645.87 |
| 3 | U.S. Bank National Association | 7100-000 | 4,437.00 | 4,964.98 | 4,964.98 | 345.16 |
| NOTFILED | Lawrence M. Craven | 7100-000 | 1,440.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi | 7100-000 | 3,170.00 | N/A | N/A | 0.00 |
| NOTFILED | Usaa Savings Bank | 7100-000 | 15,815.00 | N/A | N/A | 0.00 |
| NOTFILED | Mbb | 7100-000 | 810.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordstrom Fsb | 7100-000 | 8,796.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 3,783.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 5,877.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Chase Card | 7100-000 | 4,267.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | American Express | 7100-000 | 759.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 13,971.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 6,790.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Card | 7100-000 | 15,574.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank Delaware | 7100-000 | 6,606.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $103,815.00 | $16,686.05 | $16,686.05 | $1,160.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-19561  
**Case Name:** JACOBS, MARC BRIAN  
  JACOBS, JENNIFER YURIKO  
**Period Ending:** 10/26/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/28/17 (f)  
**§341(a) Meeting Date:** 07/28/17  
**Claims Bar Date:** 07/11/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Checking: USAA Federal Savings Bank<br>Orig. Description: Checking: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: Checking: USAA Federal Savings Bank - Amount: 340.00 | 340.00 | 0.00 | | 0.00 | FA |
| 2 | Checking: JP Morgan Chase<br>Orig. Description: Checking: JP Morgan Chase; Imported from original petition Doc# 1; Exemption: Checking: JP Morgan Chase - Amount: 201.54 | 201.54 | 0.00 | | 0.00 | FA |
| 3 | Checking: USAA<br>Orig. Description: Checking: USAA; Imported from original petition Doc# 1; Exemption: Checking: USAA - Amount: 192.46 | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Online: Paypal<br>Orig. Description: Online: Paypal; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 5 | Rent: Security Deposit - Residential Landlord -<br>Orig. Description: Rent: Security Deposit - Residential Landlord - John Oddo; Imported from original petition Doc# 1 | 1,850.00 | 0.00 | | 0.00 | FA |
| 6 | Used Household Goods and Furnishings<br>Orig. Description: Used Household Goods and Furnishings; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 7 | miscellaneous electronics, including desktop com<br>Orig. Description: miscellaneous electronics, including desktop computer, television, and 3 cell phones; Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 8 | 6 gold coins<br>Orig. Description: 6 gold coins; Imported from original petition Doc# 1; Exemption: 6 gold coins - Amount: 7266.00 | 7,266.00 | 0.00 | | 0.00 | FA |
| 9 | clothing and shoes<br>Orig. Description: clothing and shoes; Imported from original petition Doc# 1; Exemption: clothing and shoes - Amount: 450.00 | 450.00 | 0.00 | | 0.00 | FA |

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-19561  
**Case Name:** JACOBS, MARC BRIAN  
JACOBS, JENNIFER YURIKO  
**Period Ending:** 10/26/18

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/28/17 (f)  
**§341(a) Meeting Date:** 07/28/17  
**Claims Bar Date:** 07/11/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 10 | wedding ring<br>Orig. Description: wedding ring; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | miscellaneous costume jewelry<br>Orig. Description: miscellaneous costume jewelry; Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 12 | LearningQuest 529 College Savings Plan<br>Orig. Description: LearningQuest 529 College Savings Plan; Imported from original petition Doc# 1; Exemption: LearningQuest 529 College Savings Plan - Amount: 54928.00 | 54,928.00 | 0.00 | | 0.00 | FA |
| 13 | USAA 529 College Savings Plan<br>Orig. Description: USAA 529 College Savings Plan; Imported from original petition Doc# 1; Exemption: USAA 529 College Savings Plan - Amount: 16532.00 | 16,532.00 | 0.00 | | 0.00 | FA |
| 14 | IRA: USAA Federal Savings Bank<br>Orig. Description: IRA: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: IRA: USAA Federal Savings Bank - Amount: 183526.00 | 183,526.00 | 0.00 | | 0.00 | FA |
| 15 | IRA: USAA Federal Savings Bank<br>Orig. Description: IRA: USAA Federal Savings Bank; Imported from original petition Doc# 1; Exemption: IRA: USAA Federal Savings Bank - Amount: 75023.00 | 75,023.00 | 0.00 | | 0.00 | FA |
| 16 | Pension: CPS Pension<br>Orig. Description: Pension: CPS Pension; Imported from original petition Doc# 1 | Unknown | Unknown | | 0.00 | FA |
| 17 | 2012 Honda CR-V, 195,000 miles, Fair condition,<br>Orig. Description: 2012 Honda CR-V, 195,000 miles, Fair condition, needs new brakes. Entire property value: $5,800.00; Imported from original petition Doc# 1; Exemption: 2012 Honda CR-V 195,000 miles Fair condition, needs new brakes - Amount: 2400.00 | 5,800.00 | 0.00 | | 1,700.00 | FA |
| 18 | Inventory for EBAY sales business (used clothing | 500.00 | 0.00 | | 0.00 | FA |

Page: 3

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-19561  
**Case Name:** JACOBS, MARC BRIAN  
JACOBS, JENNIFER YURIKO  
**Period Ending:** 10/26/18  

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 06/28/17 (f)  
**§341(a) Meeting Date:** 07/28/17  
**Claims Bar Date:** 07/11/18  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| Orig. Description: Inventory for EBAY sales business (used clothing, used toys, buttons; Imported from original petition Doc# 1 | | | | | |
| 18  Assets  Totals (Excluding unknown values) | $349,216.54 | $0.00 | | $1,700.00 | $0.00 |

**Major Activities Affecting Case Closing:**

03/31/2018- Waiting for claims bar date to pass to prepare TFR.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2018    **Current Projected Date Of Final Report (TFR):**   September 30, 2018

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 17-19561  
**Case Name:** JACOBS, MARC BRIAN  
JACOBS, JENNIFER YURIKO  
**Taxpayer ID #:** **-***7802  
**Period Ending:** 10/26/18  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1366 - Checking Account  
**Blanket Bond:** $45,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/06/17 | {17} | Marc Jacobs | Sale of equity in Vehicle Order dted 11/28/2017 Dkt # 20 | 1129-000 | 1,700.00 | | 1,700.00 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,690.00 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,680.00 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,670.00 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,660.00 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,650.00 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,640.00 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,630.00 |
| 09/06/18 | 101 | Ira Bodenstein | Dividend paid 100.00% on $45.00, Trustee Expenses;  Reference: | 2200-000 | | 45.00 | 1,585.00 |
| 09/06/18 | 102 | Ira Bodenstein | Dividend paid 100.00% on $425.00, Trustee Compensation;  Reference: | 2100-000 | | 425.00 | 1,160.00 |
| 09/06/18 | 103 | Discover Bank | Dividend paid  6.95% on $2,430.53; Claim# 1; Filed: $2,430.53; Reference: 3921 | 7100-000 | | 168.97 | 991.03 |
| 09/06/18 | 104 | American Express National Bank | Dividend paid  6.95% on $9,290.54; Claim# 2; Filed: $9,290.54; Reference: 4313 | 7100-000 | | 645.87 | 345.16 |
| 09/06/18 | 105 | U.S. Bank National Association | Dividend paid  6.95% on $4,964.98; Claim# 3; Filed: $4,964.98; Reference: 5849 | 7100-000 | | 345.16 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,700.00 | 1,700.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,700.00 | 1,700.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,700.00** | **$1,700.00** | |

Net Receipts :    1,700.00  
Net Estate :    $1,700.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******1366 | 1,700.00 | 1,700.00 | 0.00 |
| | $1,700.00 | $1,700.00 | $0.00 |

{} Asset reference(s)